ANTHONY SABELLICO ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WALLINGFORD ET AL.
(9068)

NORCOTT, FOTI and LAVERY, Js.

Argued January 16—decision released February 5, 1991

*James F. McCann,* for the appellants (plaintiffs).

*Janis M. Small,* town attorney, for the appellees (defendants).

PER CURIAM. Certification improvidently granted.
The appeal is dismissed.

DANIEL ADAMS *v.* MARIA ADAMS
(9033)

DALY, NORCOTT and LANDAU, Js.

Argued January 15—decision released February 5, 1991

*Judith A. Busch,* for the appellant (defendant).

*Jeffrey D. Ginzberg,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.